# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131503

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FLAGSTAR BANK,
          Plaintiff-Appellee,

v

HARBOR NORTHWESTERN - 30800 and
CRAIG SCHUBINER,
          Defendants-Appellants.

SC: 131503
COA: 266198
Oakland CC: 2004-059612-CK

_____/

       On order of the Court, the application for leave to appeal the April 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023